**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL MALAY, *et al.*,<br><br>　　　　　　　Defendants. | 3:24-cv-00127-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 40 |

Before the court is Plaintiff's Motion for Status Check. (ECF No. 40.)

According to the court's docket, the deadline to file dispositive motions was extended to and including August 6, 2026.  (ECF No. 39.)

**IT IS HEREBY ORDERED** that the Clerk of the Court shall send a courtesy copy of the court's order granting the extension of the dispositive motion deadline (ECF No. 39) to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Status Check (ECF No. 40) is **DENIED** as moot.

DATED: July 7, 2026.

_____
Craig S. Denney
United States Magistrate Judge