**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONNIE MONEY COLEMAN,

Plaintiff

v.

PAUL MALAY, et al.,

Defendants

Case No.: 3:24-cv-00127-ART-CSD

**Order**

Re: ECF No. 44

The court is in receipt of returned mail that could not be delivered to Plaintiff at his prior address. (ECF No. 46.) The mail returned was the court's order of July 7, 2026 (ECF No. 41). Since that time, Plaintiff's address has been updated. Accordingly, the Clerk of Court is directed to re-send Plaintiff – at his current address of record -- a copy of the court's order dated July 7, 2026 (ECF No. 41), and a copy of the court's minute order dated August 6, 2026 (ECF No. 43), both of which were previously sent to Plaintiff at his old address.

**IT IS SO ORDERED**.

Dated: August 31, 2026

Craig S. Denney
United States Magistrate Judge